**SEMNAR & HARTMAN, LLP**
Babak Semnar, Esq. (SBN 224890)
Bob@TemeculaConsumerAttorneys.com
Jared M. Hartman, Esq. (SBN 254860)
Jared@SanDiegoConsumerAttorneys.com
41707 Winchester Rd. Suite 201
Temecula, California 92590
Telephone: (951) 293-4187
Facsimile: (888) 819-8230

Attorneys for Plaintiff, ELIZABETH KELISH

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KELISH,<br><br>         Plaintiff,<br><br>    vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>         Defendants. | Case No. **5:22-cv-02041-GW-KK**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE DATES/DEADLINES** |

**TO THE HONORABLE JUDGE, CLERK OF COURT, AND TO THE PARTIES AND THEIR COUNSEL OF RECORD,**

**PLEASE TAKE NOTICE:**

   Plaintiff ELIZABETH KELISH ("Plaintiff") and Defendant CMRE FINANCIAL SERVICES, INC. (collectively, "The Parties") have reached a settlement in principle as to all claims pending in this Action.

   The Parties do require time to exchange draft settlement terms and then execute the settlement.

Therefore, Plaintiff requests that the Court vacate all pending dates, deadlines, and hearings, and schedule a Settlement Status conference for a date that is at least 60 days out from today's date, to whatever date and time is most convenient for the Court.

DATED: 2-21-23                               Respectfully submitted,

/s/ Jared M. Hartman
Jared M. Hartman, Esq.
Semnar & Hartman, LLP
Attorneys for Plaintiff