UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 22-2041-GW-KKx | Date | February 22, 2023 |
|---|---|---|---|
| Title | *Elizabeth Kelish v. CMRE Financial Services, Inc.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On February 21, 2023, Plaintiff Elizabeth Kelish filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for April 24, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on April 21, 2023.

:

Initials of Preparer    JG