JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KELISH, <br><br> Plaintiff, <br><br> vs. <br><br> CMRE FINANCIAL SERVICES, INC., <br><br> Defendants. | Case No. 5:22-cv-02041-GW-KK <br><br> **ORDER AS TO THE PARTIES' STIPULATION TO DISMISS THE CASE, WITH PREJUDICE** <br><br> *Hon. Judge George H. Wu* |

**PLEASE TAKE NOTICE**, Plaintiff ELIZABETH KELISH ("Plaintiff") and Defendant CMRE FINANCIAL SERVICES, INC. (collectively, "The Parties") submitted a Stipulation and Order, respectfully requesting that the Court dismiss the entire case, with prejudice, with each party to bear its own costs and fees. The Parties' Stipulation is hereby GRANTED.

IT IS SO ORDERED.

DATED: April 12, 2023

_____
The Honorable Judge of the
U.S. District Court

1